| | |
|---|---|
| 1 | C.D. Michel-SBN 144258 |
| 2 | Anna M. Barvir-SBN 268728 |
|   | Tiffany D. Cheuvront-SBN 317144 |
| 3 | MICHEL & ASSOCIATES, P.C. |
|   | 180 East Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
|   | Telephone: (562) 216-4444 |
| 5 | Fax: (562) 216-4445 |
|   | Email: cmichel@michellawyers.com |

1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs B&L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr.,
   John Dupree, Christopher Irick, Robert Solis, Lawrence Michael Walsh, Captain
7  Jon's Lockers, LLC, L.A.X. Firing Range, Inc., California Rifle & Pistol
   Association, Incorporated, and South Bay Rod and Gun Club, Inc.
8

9  Donald Kilmer-SBN 179986
   Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
10 Caldwell, Idaho 83607
   Telephone: (408) 264-8489
11 Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; BARRY BARDACK; RONALD J. DIAZ, SR.; JOHN DUPREE; CHRISTOPHER IRICK; ROBERT SOLIS; LAWRENCE WALSH; CAPTAIN JON'S LOCKERS, LLC; L.A.X. FIRING RANGE, INC., d/b/a LAX AMMO; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; SOUTH BAY ROD AND GUN CLUB, INC.; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; ROBERT BONTA, in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, in her official capacity as Secretary of California Department of | CASE NO:  '21CV1718 AJB KSC <br><br> NOTICE OF RELATED CASES |

1
NOTICE OF RELATED CASES

| | |
|---|---|
| 1 | Food & Agriculture and in his personal capacity; STEPHAN SUMMER, in his official capacity as District Attorney of San Diego County; THOMAS MONTGOMERY, in his official capacity as County Counsel of San Diego County; 22nd DISTRICT AGRICULTURAL ASSOCIATION; DOES 1-50; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| | Defendants. |

7  **TO THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR**
8  **COUNSEL OF RECORD:**

9   **PLEASE TAKE NOTICE** that under Local Rule 40.1(f), Plaintiffs B&L
10  Productions, Inc., d/b/a Crossroads of the West, Barry Bardack, Ronald J. Diaz, Sr.,
11  John Dupree, Christopher Irick, Robert Solis, Lawrence Walsh, Captain Jon's
12  Lockers, LLC, L.A.X. Firing Range, Inc., d/b/a LAX Ammo, California Rifle &
13  Pistol Association, Incorporated, South Bay Rod and Gun Club, Inc., and Second
14  Amended Foundation through their counsel of record, hereby notify this Court that
15  the above-captioned case is related to *B&L Productions, Inc. v. Becerra*, Case No.
16  3:19-cv-00134-CAB-NLS ("*B&L Productions I*"), which was filed in the Southern
17  District of California on January 21, 2019.

18   Local Rule 40.1(f) defines related actions as multiple proceedings "on file in
19  this or any other federal or state court" which: (1) involve some of the same parties
20  and are based on the same or similar claims, or (2) involve the same property,
21  transaction, or event, or (3) involve substantially the same facts and the same
22  questions of law. As described further below, all of these grounds for relating cases
23  are clearly satisfied here.

24   This case was filed and is being litigated by the very same attorneys on behalf
25  of 9 of the 10 plaintiffs who brought *B&L Productions I*, against some of the same
26  defendants (i.e., Defendants Ross and 22nd District Agricultural Association),
27  involving nearly identical legal questions about the same property. Indeed, this
28  matter involves a constitutional challenge to Assembly Bill 893 (AB 893), which

added section 4158 to the California Food & Agricultural Code and bars events at the Del Mar Fairgrounds where firearms and/or ammunition will be sold. The stated intent and practical effect of the law is to ban gun shows at the Fairgrounds—a transparent attempt to supersede the victory secured by the plaintiffs in *B&L Productions I*, who successfully challenged and reversed the 22nd DAA's moratorium on gun shows at the Fairgrounds on First Amendment and equal protection grounds. The Plaintiffs in this matter challenge the state's ban on gun shows at the Fairgrounds, alleging the same violation of their rights to free speech, free association, and equal protection under the law that the *B&L Productions I* plaintiffs raised. While this case also involves new tort claims for economic damages, those claims arise, in part, from the fact that the Defendants pursued a state-law gun show ban and adopted AB 893 *because* of the settlement of *B&L Productions I*, which permanently repealed 22nd DAA's ban.

Due to the vast similarities between this case and *B&L Productions I*, in addition to the Court's masterful grasp and comprehensive examination of all the critical legal questions in *B&L Productions I*, it is clear that it is uniquely appropriate to relate the two cases. To be certain, the judicial economy of having a courtroom that is intimately familiar with the key legal questions this new suit involves adjudicate this matter is indisputable.

For these reasons, Plaintiffs respectfully submit this notice of related cases.

Dated:  October 4, 2021  **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs B&L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr., John Dupree, Christopher Irick, Robert Solis, Lawrence Michael Walsh, Captain Jon's Lockers, LLC, L.A.X. Firing Range, Inc., California Rifle & Pistol Association, Incorporated, South Bay Rod and Gun Club, Inc.

| | |
|---|---|
| Dated: October 4, 2021 | LAW OFFICES OF DON KILMER |
| | *s/ Don Kilmer* |
| | Don Kilmer |
| | Counsel for Plaintiff Second Amendment Foundation |