ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
CHARLES J. SAROSY
Deputy Attorney General
State Bar No. 302439
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone: (213) 269-6356
  Fax: (916)731-2119
  E-mail:  Charles.Sarosy@doj.ca.gov
*Attorneys for Governor Gavin Newsom,*
*Attorney General Rob Bonta, Secretary*
*Karen Ross, and 22nd District Agricultural*
*Association*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity, et al.,**<br><br>Defendants. | 3:21-cv-01718 AJB-KSC<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Date:        April 7, 2022<br>Time:        2:00 p.m.<br>Courtroom: 4A<br>Judge:       The Honorable Anthony J. Battaglia<br>Trial Date:<br>Action Filed:        10/4/2021 |

# NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE THAT on April 7, 2022 at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Anthony J. Battaglia in Courtroom 4A of the Edward J. Schwartz U.S. Courthouse, located at 221 West Broadway, San Diego, California 92101, the Court will hear the motion filed by Defendants Governor Gavin Newsom, Attorney General Rob Bonta, Secretary Karen Ross, and the 22nd District Agricultural Association (collectively, "State Defendants"), to dismiss the Complaint for Monetary, Declaratory & Injunctive Relief (ECF No. 1).

State Defendants move to dismiss under Federal Rules of Civil Procedure 12(b)(1), and 12(b)(6) on the grounds that:

1.    All 42 U.S.C. § 1983 claims against Governor Newsom fail to state a claim upon which relief can be granted, based on absolute legislative immunity;

2.    All claims against Governor Newsom and Secretary Ross fail to state a claim upon which relief can be granted, based on sovereign immunity;

3.    All damages claims against Governor Newsom, Secretary Ross, and Attorney General Bonta fail to state a claim upon which relief can be granted because such claims are not cognizable under § 1983;

4.    All damages claims against Governor Newsom, Secretary Ross, and Attorney General Bonta fail to state a claim upon which relief can be granted, based on qualified immunity;

5.    The First Amendment free speech claims (First through Third Claims) all fail to state a claim upon which relief can be granted because California Assembly Bill 893 ("AB 893") does not regulate speech or expressive conduct, and it passes rational basis review.  Alternatively, AB 893: applies to a limited public forum—a type of a nonpublic forum—and is viewpoint neutral and reasonable; and AB 893 satisfies the intermediate scrutiny tests applicable for commercial speech restrictions and for content-neutral restrictions;

6.      The First Amendment prior restraint claim (Fourth Claim) fails to state a claim upon which relief can be granted because AB 893 does not grant a government entity with unbridled discretion;

7.      The First Amendment associational claim (Fifth Claim) fails to state a claim upon which relief can be granted because Plaintiffs do not plausibly allege that they are engaged in protected expressive association;

8.      The Equal Protection Clause claim (Sixth Claim) fails to state a claim upon which relief can be granted because it is duplicative of the First Amendment claims; Plaintiffs do not plausibly allege a "class of one" claim; and AB 893 passes rational basis review; and

9.      This Court need not exercise its supplemental jurisdiction over the state-law tort claims (Seventh through Ninth Claims) pursuant to 28 U.S.C. § 1367. Additionally, the state-law tort claims all fail to state a claim upon which relief can be granted because there is no alleged statutory basis that authorizes the tort claims and the claims are time-barred since they were not timely presented in accordance with the California Government Claims Act.

This motion is based on this filing, the concurrently filed memorandum of points and authorities and request for judicial notice, the papers and pleadings on file in this action, and upon such matters as may be presented to the Court at the time of the hearing.

1   Dated:  January 24, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

/s/Charles J. Sarosy
CHARLES J. SAROSY
Deputy Attorney General
*Attorneys for Governor Gavin
Newsom, Attorney General Rob Bonta,
Secretary Karen Ross, and 22nd
District Agricultural Association*

SA2021305596
64825990.docx

NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT (3:21-cv-01718)