1  TIMOTHY M. WHITE, Senior Deputy (SBN 220847)
   Office of County Counsel, County of San Diego
2  1600 Pacific Highway, Room 355
   San Diego, California 92101-2469
3  Telephone: (619) 531- 4865
   E-mail: Timothy.White@sdcounty.ca.gov
4

5  Attorneys for Defendants, SUMMER STEPHAN, sued in her official capacity as District Attorney of San Diego County; and LONNIE ELDRIDGE, sued in his official capacity as County Counsel of San Diego County
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity, et al.,<br><br>     Defendants. | No. 3:21-cv-01718-AJB-KSC<br><br>**DEFENDANTS SUMMER STEPHAN AND LONNIE ELDRIDGE'S NOTICE OF JOINDER AND JOINDER IN STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT [JOINDER IN ECF NOS. 17 through 17-2]**<br><br>**[CivLR 7.1(j)]**<br><br>Date:          April 7, 2022<br>Time:          2:00 p.m.<br>Courtroom:  4A<br>Judge:         Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. Karen S. Crawford<br><br>Action Filed:  October 4, 2021<br>Trial Date:    Not Set<br><br>[Demand for Jury Trial] |

1  TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD HEREIN:

2  PLEASE TAKE NOTICE THAT in response to plaintiffs' Complaint [ECF No. 1] filed in this action, and pursuant to CivLR 7.1(j), defendants, SUMMER STEPHAN, sued in her official capacity as District Attorney of San Diego County ("District Attorney Stephan"), and LONNIE ELDRIDGE, sued in his official capacity as County Counsel of San Diego County ("County Counsel Eldridge") (collectively referred to herein as "County Defendants"), hereby join in the motion to dismiss the Complaint filed jointly by defendants GAVIN NEWSOM, sued in his official capacity as Governor of the State of California and in his personal capacity; ROBERT BONTA, sued in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, sued in her official capacity as Secretary of the California Department of Food & Agriculture and in her personal capacity; and 22nd DISTRICT AGRICULTURAL ASSOCIATION (collectively referred to herein as "State Defendants"). [State Defendants' Motion to Dismiss the Complaint, ECF Nos. 17 through 17-2.]

Plaintiffs, in their Complaint, challenge the constitutionality of a State law (California Food and Agricultural Code § 4158 (enacted in 2019 as California Assembly Bill 893)), and sue the County Defendants in their official capacities only, with Plaintiffs' request for relief against the County Defendants limited to declaratory and injunctive relief. [*See* Complaint, ECF No. 1, at ¶¶ 25-26; *see also* Notice of Substitution of Party in Official Capacity, ECF No. 10 (substituting current County Counsel Lonnie Eldridge for former County Counsel Thomas Montgomery, as an official-capacity defendant).] Plaintiffs' claims against the County Defendants are based on Plaintiffs' allegations that the County Defendants purportedly are among the government officials tasked by State law with enforcing Food and Agricultural Code § 4158 by prosecuting violations of the statute. [*See* Complaint, ECF No. 1, at ¶¶ 26, 160, 173, and 186.] Accordingly, Plaintiffs contend that declaratory and/or injunctive relief against the County Defendants is necessary to afford Plaintiffs complete relief if they prevail in their challenge to the constitutionality of the subject State law. As the State Defendants have filed a Motion to

Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6) on the grounds that the Complaint, and each cause of action therein (including the causes of action brought against the County Defendants), fails to state a claim upon which relief can be granted, the County Defendants hereby join in the State Defendants' Motion to Dismiss the Complaint, together with all supporting facts, arguments, documents, and evidence filed therewith.[1]

DATED: January 24, 2022        OFFICE OF COUNTY COUNSEL

By   s/Timothy M. White
TIMOTHY M. WHITE, Senior Deputy
Attorneys for Defendants SUMMER STEPHAN, sued in her official capacity as District Attorney of San Diego County; and LONNIE ELDRIDGE, sued in his official capacity as County Counsel of San Diego County
E-mail:  Timothy.White@sdcounty.ca.gov

---

[1] The County Defendants are included as defendants only on Plaintiffs' federal constitutional claims brought under 42 U.S.C. § 1983 (various First Amendment claims, and an Equal Protection claim), and are not included as defendants on Plaintiffs' state-law claims. [*Compare* Complaint, ECF No. 1, at pp. 41 through 51, ¶¶ 155 through 220 (First through Sixth causes of action, alleging violations of the First and Fourteenth Amendment to the United States Constitution and brought under § 1983), *with* Complaint, ECF No. 1, at pp. 52 through 55, ¶¶ 221 through 248 (Seventh through Ninth causes of action sounding in State tort law).] Accordingly, with respect to the "Argument" section of the State Defendants' Motion to Dismiss, the County Defendants' join specifically in the legal arguments applicable to Plaintiffs' § 1983 claims that are brought against both the State Defendants and County Defendants. [*See, e.g.,* State Defendants' Motion to Dismiss, Memorandum of Points and Authorities, ECF No. 17-1, at "Argument" section V and VI, at ECF pin cite pp. 20-32.]