AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of California

B&L Productions, Inc., d/b/a Crossroads of the West; et al.
Plaintiff(s),

V.

Gavin Newsom, in his official capacity as Governor of the State of California and in his personal capacity; et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21CV1718 AJB KSC

Notice is hereby given that, subject to approval by the court, __Second Amendment Foundation__ substitutes
(Party (s) Name)

__Donald Kilmer__, State Bar No. __179986__ as counsel of record in
(Name of New Attorney)

place of __Anna M. Barvir, Michel & Associates, P.C.__
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Law Offices of Donald Kilmer, APC
Address: 14085 Silver Ridge Road, Caldwell, Idaho 83607
Telephone: (408) 264-8489   Facsimile _____
E-Mail (Optional): don@dklawoffice.com

I consent to the above substitution.
Date: 2\4\2022

_Alan M. Gottlieb_
EXECUTIVE VICE PRESIDENT SAF
(Signature of Party (s))

I consent to being substituted.
Date: 2/4/2022

s/Anna M. Barvir
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/4/2022

s/Donald Kilmer
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**