C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
Alexander A. Frank-SBN 311718
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs B&L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr., John Dupree, Christopher Irick, Robert Solis, Lawrence Michael Walsh, Captain Jon's Lockers, LLC, L.A.X. Firing Range, Inc., California Rifle & Pistol Association, Incorporated, and South Bay Rod and Gun Club, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&L PRODUCTIONS, INC., d/b/a CROSSROADS OF THE WEST; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; et al.,<br><br>Defendants. | CASE NO.: 21-cv-01718-AJB-KSC<br><br>**NOTICE OF INTENT NOT TO FILE SECOND AMENDED COMPLAINT** |

TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to this Court's Amended Order Granting Defendants' Motion to Dismiss (with leave to amend), issued March 14, 2023 (ECF No. 51), Plaintiffs B & L Productions, Inc., Barry Bardack, Ronald J. Diaz, Sr., John Dupree, Christopher Irick, Robert Solis, Lawrence Michael Walsh, Captain Jon's Lockers, LLC, L.A.X. Firing Range, Inc., California Rifle & Pistol Association, Incorporated, South Bay Rod and Gun Club, Inc., and Second Amendment Foundation hereby notify the Court and all parties that they do not intend to file a Second Amended Complaint to amend their claims. Plaintiffs find it impossible to comply with the Court's conditions for leave to amend and at the same time comply with Fed. R. Civ. Pro. 11.

Nothing about Plaintiffs' decision to stand on their pleadings, however, should be interpreted as acquiescence in the Court's dismissal of any of their claims, including the dismissal of Plaintiffs' claims against Defendants. *See McCalden v. Cal. Library Ass'n*, 919 F.2d 538, 547 (9th Cir. 1990) ("[A]ppellant is not required to amend in order to preserve his right to appeal. When one is granted leave to amend a pleading, she may elect to stand on her pleading and appeal if the other requirements for a final, appealable judgment are satisfied.").

Dated:  March 24, 2023            */s/ Anna M. Barvir*
Anna M. Barvir
MICHEL & ASSOCIATES, P.C.
Email: abarvir@michellawyers.com

Dated:  March 24, 2023            */s/ Donald Kilmer*
Donald Kilmer
LAW OFFICES OF DONALD KILMER, APC
Email: don@dklawoffice.com

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this NOTICE OF INTENT NOT TO FILE SECOND AMENDED COMPLAINT. In compliance with Southern District of California Electronic Case Filing Administrative Policies and Procedures Section 2(f)(4), I attest that all signatories have concurred in this filing.

Dated: March 24, 2023                              */s/ Anna M. Barvir*
                                                              Anna M. Barvir

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *B & L Productions, Inc., et al. v. Newsom, et al.*
Case No.: 21-cv-01718-AJB-KSC

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF INTENT NOT TO FILE SECOND AMENDED COMPLAINT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Charles J. Sarosy, Deputy Attorney General
charles.sarosy@doj.ca.gov
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
  *Attorneys for Defendants Governor Gavin Newsom,*
  *Attorney General Rob Bonta, Secretary Karen Ross, and*
  *22nd District Agricultural Association*

Timothy M. White, Senior Deputy
timothy.white@sdcounty.ca.gov
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101-2469
  *Attorneys for Defendants Summer Stephan, Attorney of*
  *San Diego County and Lonnie Eldridge, County Counsel*
  *of San Diego County*

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 24, 2023.

*Laura Palmerin*