UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & L PRODUCTIONS, INC., dba CROSSROADS OF THE WEST, et al., Plaintiffs, v. GAVIN NEWSOM, in his official capacity as Governor of the State of California and his personal capacity, et al., Defendants. | Case No.: 21cv1718 AJB DDL **JUDGMENT** |

On March 14, 2023, the Court dismissed Plaintiffs' First Amended Complaint for Section 1983 violations. The Court granted plaintiffs leave until March 24, 2023 to file an amended Complaint. (Doc. No. 51.) On March 24, 2023, Plaintiffs filed a Notice of Intent not to file a Second Amended Complaint. (Doc. No. 52.)

Accordingly, all claims in plaintiffs' First Amended Complaint are hereby DISMISSED as to all defendants.

IT IS SO ORDERED.

Dated: April 11, 2023

Hon. Anthony J. Battaglia
United States District Judge