**FILED**

JUN 11 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

B & L PRODUCTIONS, INC., DBA Crossroads of the West; BARRY BARDACK; RONALD J. DIAZ, Sr.; JOHN DUPREE; CHRISTOPHER IRICK; ROBERT SOLIS; LAWRENCE MICHAEL WALSH; CAPTAIN JON'S LOCKERS, LLC; L.A.X. FIRING RANGE, INC., DBA LAX AMMO; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.; SOUTH BAY ROD AND GUN CLUB, INC.; SECOND AMENDMENT FOUNDATION,

    Plaintiffs-Appellants,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; ROB BONTA, in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; 22ND DISTRICT AGRICULTURAL ASSOCIATION; SUMMER STEPHAN, in her official capacity as District Attorney of San Diego County; LONNIE J. ELDRIDGE, in his official capacity as County Counsel of San Diego County; DOES, 1-50,

    Defendants-Appellees.

No. 23-55431

D.C. No. 3:21-cv-01718-AJB-DDL
Southern District of California, San Diego

ORDER

| | |
|---|---|
| B & L PRODUCTIONS, INC., et al.;<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, et al.;<br><br>　　　　Defendants - Appellants,<br><br>and<br><br>TODD SPITZER, in his official capacity as District Attorney of Orange County and DOES, 1-10,<br><br>　　　　Defendants. | No. 23-3793<br><br>D.C. No.<br>8:22-cv-01518-JWH-JDE<br>Central District of California, Santa Ana |

Before: CLIFTON, H.A. THOMAS, and DESAI, Circuit Judges.

The court sua sponte consolidates these appeals. Case Nos. 23-55431 and 23-3793 are consolidated.

2